UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
: ORDER OF REFERENCE
Plaintiff,   Entretelas Americanas S.A.,    : TO A MAGISTRATE JUDGE
:
-v-    : 19CIV3658   ( LAK) ( RWL)
:
: USDC SDNY
: DOCUMENT
Defendant.   Rafael Ignacio Soler    : ELECTRONICALLY FILED
: DOC #:_____
: DATE FILED: 4-29-19
---------------------------------------------------------------x

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions:  X  _____

*Do not check if already referred for general pretrial

Dated  04/29/2019

SO ORDERED:

_____
United States District Judge