UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
ENTRETELAS AMERICANAS S.A.,      :
:
                Plaintiff,     :
:
      v.                        :   Case No.: 19-cv-03658-LK-RWL
:
RAFAEL IGNACIO SOLER,            :
:   **NOTICE OF APPEARANCE**
                Defendant.     :
:
:
:
:
:
------------------------------------------------------------------- x

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE, that Richard W. Trotter of Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears in the above-entitled action as an attorney for Defendant, and hereby demands that all papers and notices of all proceedings in said action be served upon the undersigned.

Dated:  New York, New York
         June 6, 2019

                                     TANNENBAUM HELPERN
                                     SYRACUSE & HIRSCHTRITT LLP

                                     By:  /s/ Richard W. Trotter
                                            Richard W. Trotter
                                   900 Third Avenue
                                   New York, NY 10022
                                   Telephone: (212) 508-7542
                                   Facsimile: (212) 371-1084
                                   trotter@thsh.com
                                   *Attorneys for Defendant*

To:    All parties and attorneys of record