UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ENTRETELAS AMERICANAS S.A.,

                Plaintiff,

          -against-                           19-cv-3658 (LAK)

RAFAEL IGNACIO SOLER,

                Defendant.
------------------------------------- x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Substantially for the reasons stated in the report and recommendation of Magistrate Judge Robert W. Lehrburger [DI 26], the complaint is dismissed without prejudice to the filing of an amended complaint on or before April 7, 2020. Plaintiff's objections [DI 27], to the extent that they are objections, are overruled.

        SO ORDERED.

Dated:      March 10, 2020

                                                _____
                                                      Lewis A. Kaplan
                                                  United States District Judge